WILLIAM DOBBS, Respondent, *v.* DENNIS KING, Appellant.

Submitted May 16, 1949; decided May 26, 1949.

*Robert Lee Henry* and *Walter Pick* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion upon the ground that the order does not finally determine the action within the meaning of the Constitution.